UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| GANG WANG,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES et al.,<br><br>　　　　Defendants. | Case No. 8:22-cv-00150-SB-RAO<br><br>ORDER OF DISMISSAL |

　　　　The parties filed a joint status report on September 9, 2022, stating that Defendant USCIS approved Plaintiff's I-485 on September 1, the case is therefore moot, and Plaintiff has agreed to dismiss this action upon receipt of his permanent resident card, which was mailed to him on September 7.  Dkt. No. 16.  Because the parties agree that this action is moot, it is DISMISSED in its entirety without prejudice.

　　　　IT IS SO ORDERED.

Date: September 9, 2022

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　United States District Judge